To: Judge Carole E. Jackson 111 S 10th Street
St. Louis Mo 63102

From: Damien L. Morgan # 204688  8-B-19 P.O. Box 16060
Clayton Mo

**RECEIVED APR 06 2015 BY MAIL**

Date: 4-01-2015

Re: Counsel for Case: 4:14-cr-00343-CEJ

Your Honor

I am writing to Request New Counsel be appointed to my Case. I attempted to Contact the Magistrate but my letter was Returned.

I am at a impass and can not work with the Currently assigned Counsellors Mrs. Bevy Beimdick and Mr. Brian Witherspoon.

Mrs. Beimdick Refused to obtain evidence, present evidence and Call Witness's at the Evidentiary Hearing and despite my wish did not allow me to testify in my own behalf telling me it would damage my case if I did.

On this date I was informed by Mr. Witherspoon that I had exactly two rights in my case 1. The right to go to trial and 2. To testify if they thought I was capable.

I confronted Mr. Witherspoon and informed him that I knew that I had more rights than that such as calling Witness's in my behalf Mr. Witherspoon

Mrs Beimdick) did not want to call them.

I have to state officially that I am not receiving a Fair Trial and Adequate Counsel in my Defence by my Own Appointed Counsel and that they have caused extreme damage to my case.

I am Requesting New Counsel to be Appointed that will work with me in providing a adiquate defence and ensuring me a fair trial.

Respectfully
Damien Morgan

BY MAIL
APR 0 6 2015
RECEIVED

Damien Morgan #004688
B-19
PO Box 16660
Clayton MO 63105

Judge
Carole E. Jackson
United States District Judge
111 S 10th Street
St. Louis MO 63102

SAINT LOUIS MO 630
02 APR 2015 PM 71

6310211299

RECEIVED
APR 0 6 2015
BY MAIL